**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAYNA L. JONES,

    Plaintiff,

v.

                                Case No. 14-13709

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                         /

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objection; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Granting Defendant's Motion for Summary Judgment; and (4) Denying Plaintiff's Motion for Summary Judgment," dated January 5, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Jayna Jones.  Dated at Detroit, Michigan, this 5th  day of January 2016.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  January 5, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 5, 2016, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522